## IN THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | **CIVIL ACTION FILE NO. _____** |
| V. ) ) | |
| GARY WAYNE COKER AND TERESINA COKER, ) ) ) | |
| Defendants. ) ) | |

### COMPLAINT FOR DECLARATORY JUDGMENT

COMES NOW Plaintiff Westchester Fire Insurance Company ("Westchester"), and files this Complaint for Declaratory Judgment against Defendants Gary Wayne Coker and Teresina Coker alleging as follows:

### Introduction

1.   This is an action for Declaratory Judgment pursuant to 28 U. S. C. § 2201 to determine and resolve questions of actual controversy involving Commercial Umbrella Liability Policy Number G22049860002 issued by Westchester Fire Insurance Company to Named Insured Dycom Industries, Inc. ("Dycom") under which Gary Wayne Coker and Teresina Coker seek uninsured or underinsured motorist coverage.

2.   By letter dated March 15, 2011, Gary Wayne Coker and Teresina Coker made a demand under Commercial Umbrella Liability Policy Number G22049860002, seeking the payment of a $5,500,000 liability Consent Judgment entered on November 19, 2010, in favor of Mr. and Mrs. Coker arising out of injuries that Mr. Coker allegedly sustained in an automobile

accident that occurred on September 18, 2007 (the "demand letter").  A copy of the March 15, 2011, demand letter is attached hereto as Exhibit "A."

3. Westchester issued Umbrella Policy No. G22049860002 to primary Named Insured Dycom for the policy period of July 31, 2007 through July 31, 2008 (the "Policy").  A copy of the Policy is attached as Exhibit "B."  The demand letter contends that Ansco & Associates, LLC, an alleged insured under the Policy and Mr. Coker's alleged employer, purportedly owned the vehicle driven by Mr. Coker which was involved in the September 18, 2007, automobile accident.  Westchester seeks a declaration from this Court that it does not owe uninsured or underinsured motorist coverage to Gary Wayne Coker or Teresina Coker as is set forth more fully below.

4. Westchester denies that it has any duty to pay uninsured or underinsured motorist benefits for the Consent Judgment entered in favor of Gary Wayne Coker and Teresina Coker in connection with the lawsuit they filed in the Superior Court of Walton County, Georgia, styled *Gary Wayne Coker and Teresina Coker v. Donald Eugene Woodall*, Civil Action No. 09-3351-1 (the "Coker Litigation").  A copy of the Complaint filed in the Coker Litigation is attached hereto as Exhibit "C."  A copy of the Consent Judgment entered in the Coker Litigation is attached hereto as Exhibit "D."

## The Parties

5. Plaintiff Westchester is an insurance company incorporated under the laws of Pennsylvania, with its principal place of business in Philadelphia, Pennsylvania.

6. Defendant Gary Wayne Coker is a resident of DeKalb County, Alabama, and is subject to the jurisdiction and venue of this Court.  Mr. Coker may be served at his residence located at 1602 Westwind Drive, Ft. Payne, Alabama 35967.

7. Defendant Teresina Coker is a resident of DeKalb County, Alabama, and is subject to the jurisdiction and venue of this Court.  Mrs. Coker may be served at her residence located at 1602 Westwind Drive, Ft. Payne, Alabama 35967.

## Jurisdiction and Venue

8. This Court has jurisdiction of this matter pursuant to 28 U. S. C. § 1332 because Westchester and Defendants are citizens of different states and the amount in controversy exceeds $75,000.

9. At issue is Westchester's obligation, if any, to pay uninsured or underinsured motorist coverage to Gary Wayne Coker and Teresina Coker for the Consent Judgment entered in their favor in the Coker Litigation, arising out of a September 18, 2007, automobile accident.

10. The Consent Judgment was awarded to both Gary Wayne Coker and Teresina Coker in the amount of $5,500,000.  See Exhibit "D."

11. Therefore, the monetary value of this Declaratory Judgment action exceeds the sum of $75,000, exclusive of interest and costs.

12. Venue is proper in this Court pursuant to 28 U. S. C. §1391(a) because Defendants reside in DeKalb County, Alabama.

## Nature of the Controversy

13. Gary Wayne Coker and Teresina Coker contend that the Policy provides uninsured or underinsured motorist coverage for the Consent Judgment entered in the Coker litigation.

14. Westchester has complied with all applicable uninsured and underinsured motorist laws.

15. As a result, Westchester does not owe any uninsured or underinsured motorist benefits to Gary Wayne Coker or Teresina Coker.

## CLAIM FOR DECLARATORY RELIEF

16. There is a real, substantial, and justifiable controversy between the parties concerning uninsured or underinsured motorist coverage under the Policy for the Consent Judgment entered in the Coker Litigation.

17. This is an action for a declaratory judgment pursuant to 28 U. S. C. § 2201 to determine a question of actual controversy between the parties as set forth below.

18. Westchester states that it is not obligated to pay or provide uninsured or underinsured motorist benefits or coverage to Gary Wayne Coker or Teresina Coker because it has complied with all applicable law.

WHEREFORE, Plaintiff Westchester Fire Insurance Company respectfully requests that judgment be entered in this action as follows:

A. Declaring that Westchester Fire Insurance Company has no obligation to pay or provide uninsured or underinsured motorist coverage to Gary Wayne Coker or Teresina Coker for the Consent Judgment entered the Coker Litigation;

B. Declaring that Westchester Fire Insurance Company is entitled to further relief as may be necessary and proper.

Respectfully submitted, this 16th day of May, 2011.

/s/ Stephen E. Whitehead
Stephen E. Whitehead
ASB-2282-T68S

Mark E. Tindal
ASB-8573-N44M

Jennifer W. Wall
ASB-7964-E67W

Lloyd, Gray, Whitehead & Monroe, P.C.
2501 20th Place South, Suite 300
Birmingham, AL  35223
Telephone:  205-967-8822
Facsimile:   205-967-2380
E-mail:  swhitehead@lgwmlaw.com

*Attorneys for Plaintiff Westchester Fire Insurance Company*

**PLEASE SERVE DEFENDANTS:**

Gary Wayne Coker
1602 Westwind Drive
 Ft. Payne, Alabama 35967

Teresina Coker
1602 Westwind Drive
 Ft. Payne, Alabama 35967