FILED
2011 Sep-14 AM 10:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.: CV-11-RRA-1603-M |
| GARY WAYNE COKER and TERESINA COKER, | ) ) ) ) | |
| Defendants. | ) | |

**Memorandum Opinion**

This case comes before the court on the motion to dismiss filed by the defendants. (Doc. 5.) On August 26, 2011, the magistrate recommended that the motion be denied. No objections to that recommendation have been filed.

Having carefully reviewed *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate's recommendation ought to be, and hereby is ACCEPTED and ADOPTED as the opinion of this court. An appropriate order will be entered.

DONE this 14th day of September, 2011.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE